1 | **COHELAN & KHOURY**
Timothy D. Cohelan, Esq., SBN 60827
2 | Isam C. Khoury, Esq., SBN 58759
Michael D. Singer, Esq., SBN 115301
3 | 605 C Street, Suite 200
San Diego, CA 92101-5305
4 | TEL:   (619) 595-3001
FAX:   (619) 595-3000
5 | tcohelan@ck-lawfirm.com
ikhoury@ck-lawfirm.com
6 | msinger@ck-lawfirm.com

7 | **LAW OFFICES OF MICHAEL J. PROCOPIO**
Michael J. Procopio, Esq., SBN137318
8 | Jill S. Kramer, Esq. SBN 172229
2677 N. Main Street, Suite 860
9 | Santa Ana, CA 92705
TEL:   (714)541-1550
10 | FAX:   (714) 541-1770
mike@procopiolaw.com
11 | jill@procopiolaw.com

12 | Attorneys for Plaintiff MICKEY JUMAPAO

13 | **MORGAN, LEWIS & BOKIUS LLP**
John S. Battenfeld, Esq., SBN 119513
14 | Barbara Miller, Esq., SBN 167223
Jason Mills, Esq., SBN 225126
15 | 300 South Grand Avenue
Twenty-Second Floor
16 | Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
17 | Facsimile: (213) 612-2501
jbattenfeld@morganlewis.com
18 | barbara.miller@morganlewis.com
jmills@morganlewis.com
19 |
20 | Attorneys for Defendant WASHINGTON MUTUAL BANK

**FILED**

**2007 JAN 22  AM 8: 23**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ *KP*_____DEPUTY

## UNITED STATES DISTRICT COURT OF CALIFORNIA
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY JUMAPAO on behalf of herself and all others similarly situated, )<br><br>          Plaintiff,          )<br><br>     vs.     )<br><br>WASHINGTON MUTUAL BANK, F.A. and )<br>DOES 1-10, inclusive,          )<br><br>          Defendants.          )<br>——————————————————— ) | CASE NO. 06CV2285 BEN (RBB)<br><br>**[PROPOSED] ORDER RE: JOINT MOTION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND TO WITHDRAW DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed:    October 11, 2006<br>Trial Date:          None Set |

28 | [Proposed] Order Re: Joint Motion of Plaintiff Mickey Jumapao and Defendant Washington Mutual to Allow Plaintiff to File FAC

Case No. 06CV2285 BEN (RBB)
*Jumapao v. Washington Mutual Bank, F.A.*

1  **ORDER**

2          PURSUANT TO THE JOINT MOTION OF PLAINTIFF MICKEY JUMAPAO AND

3  WASHINGTON MUTUAL BANK TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED

4  COMPLAINT AND TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, IT IS

5  ORDERED that Plaintiff is granted leave to file a First Amended Complaint.  The proposed

6  First Amended Complaint attached as Exhibit "A" to this order is deemed filed and served as of

7  the date of this order.  Defendant shall have 20 days from the date of this order to answer or

8  otherwise respond to the First Amended Complaint.

9          IT IS FURTHERED ORDER that in light of the foregoing,  Defendant's Motion to

10  Dismiss scheduled for February 26, 2007 is hereby deemed withdrawn and removed from the

11  Court's calendar.

12

13  DATED: January /8 , 2007

14                                                  Hon. Roger T. Benitez
                                                    Judge of the District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [Proposed] Order Re: Joint Motion of Plaintiff                     Case No. 06CV2285 BEN (RBB)
    Mickey Jumapao and Defendant Washington          *Jumapao v. Washington Mutual Bank, F.A.*
    Mutual to Allow Plaintiff to File FAC        **-2-**