## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JUMAPAO v. WASHINGTON MUTUAL BANK                Case No. 06cv2285 BEN(RBB)
                                                 **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
        Plaintiffs                              Defendants

Kimberly Neilson                         Barbara Miller


PROCEEDINGS:    ___ In Chambers    ___ In Court    ___ Telephonic

Defendant's Ex Parte Application Excusing a Non-Attorney Representative From Attending the Early Neutral Evaluation Conference [doc. no. 19] is denied. Defendant has failed to provide sufficient information to establish good cause for excusing the attendance of a client representative.

A non-lawyer representative of Defendant Washington Mutual Bank shall appear in person at the early neutral evaluation conference on March 2, 2007, at 8:30 a.m.

DATE: March 2, 2007           IT IS SO ORDERED:  _Ruben Brooks_
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Benitez                    INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\JUMAPAO2285\MINUTE02.wpd