1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MICKEY JUMAPAO, on behalf of
herself and all others similarly situated,

                                    Plaintiff,

        vs.

WASHINGTON MUTUAL BANK,
F.A., et al.,

                                    Defendants.

Case No.    06 CV 2285 W (RBB)


**ORDER SETTING BRIEFING
SCHEDULE ON (1) MOTION TO
INTERVENE [DOC. NO. 27]
AND (2) MOTION TO STAY
PROCEEDINGS [DOC. NO. 29]**

        This class-action lawsuit was filed on or about October 11, 2006.  On September 13, 2007, the case was reassigned to this Court.

        The docket indicates that on June 20, 2007, "proposed plaintiff-intervenor class" filed a motion to intervene [Doc. No. 27], as well as a motion to stay this litigation [Doc. No. 29]. It appears that the motions were filed without first obtaining a hearing date, as required by Local Civil Rule 7.1(b)[1].  Accordingly, the Court orders as follows:

---

[1]The parties are admonished to follow all Chambers and Civil Local Rules.

- The hearing on the motion to intervene and the motion to stay is set for November 12, 2007. Pursuant to Civil Local Rule 7.1(d.1), the motions shall be decided on the papers and there will be no oral argument;
- Any opposition to either motion is due on or before October 12, 2007;
- Any reply is due on or before October 24, 2007.

**IT IS SO ORDERED.**

DATED:  September 21, 2007

_____
Hon. Thomas J. Whelan
United States District Judge

06cv2285w